

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  SUSAN CUSHMAN
   Assistant United States Attorney
4  501 Las Vegas Boulevard South
   Suite 1100
5  Las Vegas, Nevada 89101
   702-388-6336
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## -oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 2:19-cr-0062-APG-CWH |
| Plaintiff, | **EX PARTE MOTION TO UNSEAL CASE** |
| vs. |  |
| LOUIS FAHIM SENEGAL, and ENDYAH WOODS |  |
| Defendants. |  |

COMES NOW, the United States of America by and through NICHOLAS A. TRUTANICH, United States Attorney, and SUSAN CUSHMAN, Assistant United States Attorney, and respectfully moves this Court to unseal the criminal indictment in the above-captioned matter.

...

...

...

Defendant SENEGAL has been arrested in Atlanta, Georgia and will make his initial appearance on April 2, 2019. Therefore, the need to keep the indictment sealed has expired.

Dated this 2nd day of April 2, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Susan Cushman

SUSAN CUSHMAN
Assistant United States Attorney

The Government's motion is hereby _Granted_.

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2 April 2019

2